UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                                    )
ABDUL ABDULLAH,                     )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     C.A. No. 14-131 S
                                    )
EVOLVE BANK & TRUST, JOHN DOE       )
CORPORATIONS, 1 through 10,         )
Inclusive, and JOHN PONTE,          )
                                    )
          Defendants.               )
_____)
```

## ORDER

WILLIAM E. SMITH, Chief Judge.

On April 27, 2015, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation (ECF No. 39) recommending that Plaintiff Abdul Abdullah's Motion for Attorney's Fees and Costs (ECF No. 33) be granted, and that the Court award him attorneys' fees and costs in the total amount of $5,775.90, to be paid jointly and severally by Defendant John Aponte and his attorney. No objections were filed. This Court agrees with Magistrate Judge Sullivan's analysis and hereby accepts the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). Plaintiff Abdullah's Motion for Attorney's Fees and Costs is hereby GRANTED, and Mr. Ponte and his attorney are

ordered to pay Mr. Abdullah $5,775.90, for which they shall be jointly and severally liable, within 10 days of this Order.

IT IS SO ORDERED.

_____
William E. Smith
Chief Judge
Date: July 29, 2015